CLAIRE M. FAY *vs.* JAMES A. FAY (and a companion case).   June 9, 1971.
The petitioner seeks to revoke two decrees entered by agreement in September,
1968, dismissing with prejudice certain equity petitions brought by her in the
Probate Court against the respondent, her husband.   She claims that she was
induced to agree to those decrees by false representations and that her hus-
band did not carry out his part of the bargain.   A probate judge found that
the husband "at all material times acted in good faith," that he "carried out

his agreement . . . as fully as could reasonably be expected," that the wife "was at no time misled or deceived by the actions or statements" of the husband, and that he "never consciously misrepresented any material fact and was not a party to a fraudulent scheme to defraud the . . . [petitioner] of her rights." The evidence is before us and a review of it does not indicate that the judge was plainly wrong. See *Keezer* v. *Keezer*, *ante*, p. 752.

*Decrees dismissing petitions to revoke affirmed.*

*Lawrence D. Shubow* for the petitioner.

*Robert P. Whitten* (*Charlotte A. Perretta* with him) for the respondent.